# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:21-CR-0513-S |
| | § | |
| MICHAEL GERARD BULLARD (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 53] and the First Amended Petition for Person Under Supervision [ECF No. 66] to the United States Magistrate Judge to conduct a hearing on the alleged violations contained within and to make findings and a recommendation for modification, revocation, or termination of Defendant's term of Supervised Release. *See* Order [ECF No. 61]. The Court has received the Report and Recommendation of the United States Magistrate Judge ("Recommendation") [ECF No. 69] pursuant to its Order. Defendant waived his right to object to the Recommendation. *See* ECF No. 69. The Court is of the opinion that the Recommendation is correct.

It is therefore **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant be sentenced to the custody of the Bureau of Prisons for a period of **nine (9) months** with no additional term of Supervised Release to follow.

**SO ORDERED.**

SIGNED August **26**, 2025.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE